# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | 1:24-cr-00159-RP-2 |
| | § | |
| **DESTINY STOBBS (2)** | § | |
| *Defendant* | § | |

### Order On Unopposed Motion to Temporarily Amend Conditions of Release to Permit Holiday Travel

On this date there came before the Court Defendant's Unopposed Motion to Amend Conditions of Release (Dkt. 71) and after considering same it is hereby **GRANTED**.

The conditions of release for Defendant Destiny Rose Stobbs are hereby amended to permit her to travel to Rockport, Texas from March 13, 2025, to March 15, 2025.

All other conditions of release remain in effect.

**SIGNED** March 6, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE